| | | |
|---|---|---|
| STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT<br>DISTRICT: EASTERN DISTRICT OF NEW YORK | COUNTY OF | INDEX #: 16-CV 245<br>Date Filed: January 15, 2016 |

XI QUN XU AND YI DI XUE INDIVIDUALLLY AND ON BEHALF ALL OTHER EMPLOYEES SIMILARLY SITUATED

Plaintiff(s)/Petitioner(s)

vs

JNP BUS SERVICE INC. TAOS GLOBAL GROUP INC XIAO LONG CHEN, WEN LIANG WU, PEI GEN TAO, JOHN DOES AND JANE DOES #01-10

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

__KENNETH BARNES__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __June 13, 2016__ at __9;05PM__, deponent served the within at __941 53 ST ( PVT HOUSE), BROOKLYN, NY 11219__

SUMMONS IN A CIVIL ACTION

on: __JNP BUS SERVICE INC__, __Defendant__ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be _____ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to __MR WING LEE/ FAMILY MEMBER__ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

#5 MAIL COPY [X] On __June 14, 2016__, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __Male__   Color of skin: __Yellow__   Color of hair: __Black__   Age: __21 - 35 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __100 - 130 Lbs.__   Other Features: _____

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER [X]   SPOKE WITH MR XIAO LONG CHEN ON HIS CELL PHONE (917 818-8000 HE DIRECTED ME TO LEAVE PAPERS WT MR LEE

Sworn to before me on __24TH JUNE 2016__

_Wendy Yuen_
Wendy Yuen
Notary Public, State of New York
No. 01YU6132130
Qualified in Kings County
Commission Expires Aug. 22, 20__17__

_Kenneth Barnes_
KENNETH BARNES
Server's Lic # 1278936
Invoice/ Work Order # 0310547