UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK

XI QUN XU AND YI DI XUE, INDIVIDUALLY AND ON BEHALF ALL OTHER EMPLOYEES SIMILARLY SITUATED,

               against        Plaintiff(s)     INDEX# 16-CV-00245
                                        Date filed 1/15/2016

JNP BUS SERVICE INC., ET AL,

                                         Defendant(s)

STATE OF NEW YORK                     COUNTY OF ALBANY      2016007603

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**ELENA CALABRESE** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **10/26/2016** at **1:46 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served a true copy of a

**SUMMONS AND COMPLAINT IN A CIVIL ACTION,**

on **JNP BUS SERVICE INC., Defendant** in this action.

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**     Description of the Recipient is as follows:

            A Female with White skin, Brown hair, who is approximately 54 years of age and has an approximate height of 5' 1" and approximate weight of 120 pounds.

            Other identifying features are as follows: Glasses.

ELENA CALABRESE
Process Server

State of New York
County of Albany

Sworn to before me on This 26th day of October 2016

Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualified in Albany County
Commission Expires August 7, 2017

Emily M. Cornett
Notary Public, State of New York
No. 01CO6299470
Qualified in Rensselaer County
Commission Expires March 24, 2018

ELITE LEGAL SERVICES OF NY, INC. - 16-03 FRANCES LEWIS BLVD - WHITESTONE, NY 11357 - 718-831-9060